1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Mario R. Lozano** | ) )  ) |
| Plaintiff, **v.** | ) ) ) |
| **William C. Parks**<br>Defendant | ) ) ) |

1:24-cv-11633-MJJ

**JUDGMENT**

June 23, 2025

**Joun, D.J.**

    In accordance with the Court's Order entered and dated June 23 2025, it is hereby **ORDERED** the Defendant's Motion to Dismiss is **GRANTED.**

                                                  **/s/ Myong J. Joun**
                                                  Myong J. Joun
                                                  United States District Judge